AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Patrick Donohoe, Postmaster general

was received by me on *(date)* 07/15/2013.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served by certified mail to Patrick Donohoe, Postmaster General 475 L'Enfant Plaza SW Washington DC 20260

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/15/2013

*Server's signature*
Lite Dubert

*Printed name and title* S. Margarita st 100
2983 P
Rancho Santa Margarita CA
92688

*Server's address*

Additional information regarding attempted service, etc:


RECEIVED Mail Room
JUL 16 2013
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, IN HER CAPACITY AS THE PRESIDENT IF DEFEND OUR FREEDOMS FOUNDATION <br><br> *Plaintiff(s)* <br><br> v. <br><br> PATRICK DONAHOE IN HIS CAPACITY AS POSTMASTER GENERAL, DAVID WILLIAMS IN HIS CAPACITY AS INSPECTOR GENERAL OF THE USPS <br><br> *Defendant(s)* | Case: 1:13-cv-01020 <br> Assigned To : Lamberth, Royce C. <br> Assign. Date : 7/5/2013 <br> Description: FOIA/Privacy Act |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PATRICK DONAHOE
IN HIS CAPACITY AS POSTMASTER GENERAL
475 L'ENFANT PLAZA SW
WASHINGTON DC 20260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ORLY TAITZ, ESQ
29839 SANTA MARGARITA, STE 100
RANCHO SANTA MARGARITA, CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/01/2013
7/05/2013

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Williams, Inspector General USPS
was received by me on *(date)* 07/13/2013

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served by Certified mail to 1735 N. Lynn Str. st 1000 Arlington, VA 22209

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07.13.2013

*Server's Signature*

Lila Dufert
*Printed name and title*

24839 S. Margarita, st 100
Rancho Santa Margarita,
CA 92688
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

DR. ORLY TAITZ, ESQ, IN HER CAPACITY AS THE PRESIDENT IF DEFEND OUR FREEDOMS FOUNDATION

*Plaintiff(s)*

v.

PATRICK DONAHOE IN HIS CAPACITY AS POSTMASTER GENERAL, DAVID WILLIAMS IN HIS CAPACITY AS INSPECTOR GENERAL OF THE USPS

*Defendant(s)*

Case: 1:13-cv-01020
Assigned To : Lamberth, Royce C.
Assign. Date : 7/5/2013
Description: FOIA/Privacy Act

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DAVID. WILLIAMS INSPECTOR GENERAL OF THE USPS
1735 N. LYNN STR. STE 10000
ARLINGTON VA 22209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ORLY TAITZ, ESQ
29839 SANTA MARGARITA, STE 100
RANCHO SANTA MARGARITA, CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date:   07/01/2013
7/05/2013

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Patrick Donahoe, David Willia

was received by me on *(date)* 07/13 2013

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: certified mail to Attorney General 950 Pennsylvania Ave Washington DC 20530

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07/13/2013

Server's signature

Lila Dabert
Printed name and title

2983 S. Margarita 100
Rancho Santa Margarita
CA 92688
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Patrick Donohoe, David Williams
was received by me on *(date)* 07/13/2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: US Attorney - By certified mail
555 Fourth Str NW
Washington DC 20530

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/13/2013

_____
Server's signature

Leo Aubert
Printed name and title

29859 S. Margarita, #4100
Rancho Santa Margarita, CA 92688
Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Washington DC 20260
Sent To: Patrick Donahoe
Postmaster General
Enforce PM

7013 0600 0000 0174 6584

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.50 |

Sent To: David Williams
Street, Apt No or PO Box No: Inspector General
City, State, ZIP+4: 1735 N Lynn St, 10000
Arlington, VA 22209

7012 0470 0000 5945 5805

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.50 |

Sent To: US Attorney
Street, Apt. No., or PO Box No: 555 Fourth St NW
City, State, ZIP+4: Washington DC 20530

7012 0470 0000 5945 5782

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.50 |

Sent To: Attorney General
Street, Apt No., or PO Box No: 950 Pennsylvania Ave
City, State, ZIP+4: Washington DC 20530

7012 0470 0000 5945 5799

PS Form 3800, August 2006 — See Reverse for Instructions