RECEIVED
Mail Room

SEP 18 2013

United States Court of Appeals
District of Columbia Circuit

Dr. Orly Taitz ESQ

29839 Santa Margarita Pkwy

Rancho Santa Margarita, Ca 92688

## IN THE US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Orly Taitz | ) Case #13-1020 |
| V | ) Hon Royce Lamberth Presiding |
| Patrick Donahoe | ) |
| In his capacity as Postmaster General. | ) |
| David Williams, in his capacity as Inspector of | ) |
| USPS | |

### MOTION FOR SUMMARY JUDGMENT/DEFAULT JUDGMENT

Plaintiff filed above captioned complaint on 07.05.2013. Defendants were served with the complaint by certified mail. Answer was due by 09.15. 2013. Defendants never filed an answer or an opposition and as such conceded allegations in the complaint. See USPS confirmation of complaint received attached as exhibit 1.

There is no triable issue of fact or law. Alternatively the court may choose to rule in favor of the Plaintiff in a default Judgment. As such Plaintiff is seeking a ruling in favor of the Plaintiff as soon as possible.

Respectfully,

/s/ Dr.Orly Taitz, ESQ

09.17.2013

Proof of Service

I. Lila Dubert, am over 18 years old, have personal knowledge of the following facts and attest that I on 09.17.2013 I served the defendants with attached motion for Summary Judgment/Default Judgment at following addresses:

US Attorney

555 Fourth str. NW


Washington DC 20530

Patrick Donahoe,

Postmaster General

475 L'enfant Plaza SW

Washington DC 20260

David Williams,

Inspector General of USPS

1735 N. Lynn str. Ste 10000

Arlington, VA 22208

_____

Lila Dubert

Washington DC 20530

Patrick Donahoe,

Postmaster General

475 L'enfant Plaza SW

Washington DC 20260

David Williams,

Inspector General of USPS

1735 N. Lynn str. Ste 10000

Arlington, VA 22208

---

Lila Dubert

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

7013 0600 0000 0174 6584

Washington, DC 20260
Patrick Donahoe
Postmaster General
1775 L'Enfant Plaza

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

7012 0470 0000 5945 5805

$ 6

David Williams
Inspector General
1735 N Lynn St, 1500
Arlington, VA 22209

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

7012 0470 0000 5945 5782

$ 6

US Attorney
555 Fourth St NW
Washington, DC 20530

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

7012 0470 0000 5945 5799

$ 6

Attorney General
950 Pennsylvania Ave
Washington, DC 20530

PS Form 3800, August 2006 — See Reverse for Instructions

**You entered: 70120470000059455805**

Status: Delivered

Your item was delivered at 12:09 pm on July 15, 2013 in ARLINGTON, VA 22209. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed momentarily.

  I would like to receive notification on this request

# Track & Confirm

**You entered: 70120470000059455782**

Status: Delivered

Your item was delivered at 10:46 am on July 17, 2013 in WASHINGTON, DC 20530. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed momentarily.

# Track & Confirm

**You entered: 70120470000059455799**

Status: Depart USPS Sort Facility

Your item departed our WASHINGTON, DC 20018 sort facility on July 17, 2013. No further information is available for this item. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed momentarily.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Patrick Donahoe, David Williams

was received by me on *(date)* 07/12/2013

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: certified mail to Attorney General 950 Pennsylvania Ave Washington DC 20530

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07/13/2013

_____
*Server's signature*

Lily Baker
*Printed name and title*

2983 S. Monarch #100
Rancho Santa Margarita
CA 92688
*Server's address*

Additional information regarding attempted service, etc.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Patrick Donahoe, David Williams

was received by me on *(date)* 01/15/013

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☒ Other *(specify)*: US Attorney - by certified mail
555 Fourth St NW
Washington DC 20530

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date 01/15/013

Server's signature

Elle Dubert
Printed name and title

29859 S Margarita, Ranch
Rancho Santa Margarita CA 92688

Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, IN HER CAPACITY AS THE PRESIDENT IF DEFEND OUR FREEDOMS FOUNDATION<br><br>*Plaintiff*<br><br>v.<br><br>PATRICK DONAHOE IN HIS CAPACITY AS POSTMASTER GENERAL, DAVID WILLIAMS IN HIS CAPACITY AS INSPECTOR GENERAL OF THE USPS<br><br>*Defendants* | Case: 1:13-cv-01020<br>Assigned To: Lamberth, Royce C.<br>Assign. Date: 7/5/2013<br>Description: FOIA/Privacy Act |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DAVID WILLIAMS INSPECTOR GENERAL OF THE USPS
1735 N LYNN STR STE 10000
ARLINGTON VA 22209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ORLY TAITZ, ESQ
29839 SANTA MARGARITA, STE 100
RANCHO SANTA MARGARITA, CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/01/2013
7/05/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Williams, Inspector General USPS

was received by me on *(date)* 07/13/2013

☐ I personally served the summons on the individual at *(place)*
    on *(date)*                          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
    , a person of suitable age and discretion who resides there,
    on *(date)*                 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                       , who is
    designated by law to accept service of process on behalf of *(name of organization)*
                                                                on *(date)*              ; or

☐ I returned the summons unexecuted because                                            ; or

☑ Other *(specify)*: Served by Certified mail to
    1735 N Lynn Str st 1000
    Arlington VA 22209

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07/13/2013

                                    *Server's signature*

                                    Lila DuFort
                                    *Printed name and title*

                                    29837 S Margarita, st 100
                                    Rancho Santa Margarita,
                                    CA 92688
                                    *Server's address*

Additional information regarding attempted service, etc.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF COLUMBIA

DR ORLY TAITZ, ESQ. IN HER CAPACITY AS THE PRESIDENT IF DEFEND OUR FREEDOMS FOUNDATION

*Plaintiff(s)*

v.

PATRICK DONAHOE IN HIS CAPACITY AS POSTMASTER GENERAL, DAVID WILLIAMS IN HIS CAPACITY AS INSPECTOR GENERAL OF THE USPS

*Defendant(s)*

Case: 1:13-cv-01020
Assigned To: Lamberth, Royce C
Assign Date: 7/5/2013
Description: FOIA/Privacy Act

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PATRICK DONAHOE
IN HIS CAPACITY AS POSTMASTER GENERAL
475 L'ENFANT PLAZA SW
WASHINGTON DC 20260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ORLY TAITZ, ESQ
29839 SANTA MARGARITA, STE 100
RANCHO SANTA MARGARITA, CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/01/2013
7/05/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Patrick Donahoe Postmaster General

was received by me on *(date)* 07/15/2013

☐ I personally served the summons on the individual at *(place)*
   on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
   on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* , who is
   designated by law to accept service of process on behalf of *(name of organization)*
   on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☒ Other *(specify)*: Served by certified mail to Patrick Donahoe, Postmaster General 475 L'Enfant Plaza SW Washington DC 20260

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07/15/2013

*Server's signature*

Lite Dekert
*Printed name and title*

29839 S. Margarita St 100
Rancho Santa Margarita CA 92688
*Server's address*

Additional information regarding attempted service, etc:

