UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Orly Taitz, Esq., | ) |
|       Plaintiff, | ) ) ) ) |
| v. | ) Case 13-cv-1020 (RCL) ) |
| Patrick Donahoe, et al., | ) ) |
|       Defendants. | ) |

I, Daniel F. Van Horn, do hereby declare that:

1. I am an Assistant United States Attorney for the District of Columbia. I have held that position since 1992. I am currently assigned as the Chief of the Office's Civil Division.

2. No one named Eddy Hase, or having a similar name, has been designated as a civil process clerk for the United States Attorney's Office for the District of Columbia at any time from July 5, 2013, when Plaintiff commenced the above-captioned civil action, to the present.

3. No one named Eddy Hase, or having similar name, has been employed in the Civil Division of the United States Attorney's Office for the District of Columbia at any time from July 5, 2013, to the present.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2013.

*/s/ Daniel F. Van Horn*
DANIEL F. VAN HORN