# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Dr. ORLY TAITZ, Esq.                    )
                                        )
                    Plaintiff,          )
        v.                              )        Civil Action No.: 13-1020 (RCL)
                                        )
                                        )
PATRICK DONAHOE,                        )
Postmaster General, *et. al.*,          )
                                        )
                    Defendants.         )
                                        )

## [~~PROPOSED~~] ORDER
*[4] and Reply [8]*

UPON CONSIDERATION of the Defendants' Notice Regarding Service of Complaint

and the entire record herein, it is hereby:

ORDERED, that the Plaintiff's Motion for Summary Judgment/Default Judgment [ECF

Doc. 4] is DENIED, without prejudice; and it is

~~ORDERED, that this case shall be STAYED pending restoration of appropriations for the~~

~~Department of Justice; and it is~~

ORDERED, that Defendants shall answer or otherwise respond to Plaintiff's complaint

within 30 days after appropriations for the Department of Justice have been restored, *so that the*

*Answer filed on Nov. 14. 2013, shall be deemed timely filed.*

IT IS SO ORDERED on this __27th__ day of ~~October~~, *November* 2013.

_____
UNITED STATES DISTRICT JUDGE