UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, Esq. | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. 13-1020 (RCL) |
| PATRICK DONAHOE, Postmaster General, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

[PROPOSED] ORDER 2/13

Upon consideration of Defendants' Motion to Set Briefing Schedule and any response thereto, it is hereby:

ORDERED that Defendants' Motion is GRANTED; and it is hereby

ORDERED that briefing in this matter shall proceed as follows:

Defendants shall move for summary judgment NO LATER THAN December 13, 2013;

Plaintiff shall file any response thereto NO LATER THAN January 3, 2014;

Defendants shall file a reply, if any, NO LATER THAN January 24, 2014.

IT IS SO ORDERED on this 27th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE