United States District Court
for the District of Columbia

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PRO SE ) | |
| ) | Civil Action No.: 13-1020 |
| Plaintiff, ) | Judge Lamberth |
| v. ) | Declaration of Paulette E. Poulsen |
| ) | |
| PATRICK DONAHOE, ) | |
| Postmaster General, *et al.* ) | |
| ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF PAULETTE E. POULSEN

I, Paulette E. Poulsen, Freedom of Information Act (FOIA) Analyst, for the United States Postal Service Office of Inspector General (USPS-OIG), do hereby declare as follows:

1. I am employed by the USPS-OIG in Arlington, Virginia. I have been a FOIA Analyst at the USPS-OIG, since September 2, 2006.

2. As part of my duties and responsibilities, I review and respond to requests under the FOIA on behalf of the USPS-OIG pursuant to 5 U.S.C. § 552 and 39 C.F.R. Part 230.5, as well as the Privacy Act of 1974, 5 U.S.C. § 552a. I am also familiar with the USPS-OIG's records and systems that contain records.

3. I am voluntarily providing this declaration for use in the above-captioned litigation. The information contained herein is based on my personal knowledge and on information provided to me in my official capacity.

4. Dr. Orly Taitz (hereinafter "Plaintiff") made a FOIA request to the USPS-OIG on May 30, 2013 (attached as Exhibit 1). Plaintiff's FOIA request sought "any and all documents generated by the Inspector General of the USPS and the Postmaster of USPS in response to my [June 2012] complaint."

5. To respond to Plaintiff's FOIA request, I identified the only three data sources reasonably likely to contain records responsive to her request. I made this determination based on my experience and training as a FOIA analyst at USPS-OIG. I searched each of these data sources, with the following results:

    a. The USPS-OIG FOIA database, which contains records of all inquiries treated as FOIA requests by USPS-OIG, contained no records of any FOIA requests submitted previously by Plaintiff.

    b. The USPS-OIG Office of Investigations (OI) database which contains records pertaining to all investigation(s) conducted by USPS-OIG, contained no responsive records.

    c. The USPS-OIG Hotline is a database to which I do not have direct access, but which I determined could have responsive records. For this reason, on June 25, 2013, I submitted a request to the USPS-OIG Hotline for any records pertaining to a complaint lodged by Plaintiff. On June 26, 2013, the USPS-OIG Hotline provided me with two pages of responsive documents. The two pages of documents responsive to Plaintiff's FOIA request were both titled, "Hotline Information Report," and document Plaintiff's June 26, 2012 complaint filed with the USPS-OIG Hotline, as well as the USPS-OIG's referral of Plaintiff's complaint to the U.S. Postal Inspection Service (USPIS), Mail Fraud division, on June 29, 2012.

6. I processed the two pages of responsive documents located by the USPS-OIG Hotline in accordance with my training and experience. One page of responsive material contained the names and contact information for USPS-OIG employees. Pursuant to 5 U.S.C. § 552(b)(7)(C), I redacted the contact information because release of this information would constitute an unwarranted invasion of the personal privacy of those persons.

    a. Exemption 7(C) provides that FOIA responses may exclude "information compiled for law enforcement purposes . . . to the extent that production of such . . . information . . . could reasonably be expected to constitute an unwarranted invasion of personal privacy." 5 U.S.C. § 552(b)(7)(C).

    b. USPS-OIG's mission includes conducting law enforcement investigations regarding, among other things, mail theft by employees, embezzlements and financial crimes, computer crimes, narcotics, and fraud. USPS-OIG personnel include sworn federal law enforcement agents and have the power to serve warrants and make arrests. I determined that the responsive records were compiled in service of the aforementioned law enforcement purposes because the responsive records referenced Plaintiff's allegations of criminal activity and her request for a criminal investigation.

    c. The information I redacted consists of the names, telephone numbers, and email addresses of USPS-OIG personnel. Because USPS-OIG personnel undertake highly-sensitive investigations of individuals within and without USPS, release of this information to the public would subject them to a risk of harassment. At the same time, because these personnel are neither upper-level management individuals nor the public points-of-contact for the USPS-OIG, I determined that there was no public interest in the release of their names or contact information. After balancing the nonexistent public interest with the third parties' privacy interests, I concluded that redaction of this information was warranted pursuant to Exemption 7(C).

7. I responded to Plaintiff's FOIA request on June 26, 2013. *See* Exhibit 2.

8. On July 26, 2013, my manager, Barbara Jackson, followed-up with the USPIS regarding the referral of Plaintiff's June 26, 2012 complaint. As of July 26, 2013, the USPIS had not made any disposition of Plaintiff's complaint.

9. On December 6, 2013, I conducted a search of the USPS-OIG FOIA database for all FOIA requests received from "Orly Taitz" or "Defend Our Freedoms Foundation." This search disclosed one request received by the USPS-OIG from Plaintiff with a request date of May 30, 2013. This search also disclosed that the USPS-OIG received one FOIA appeal from Plaintiff, dated of July 4, 2013. *See* Exhibit 3. This appeal was resolved through affirmance of USPS-OIG's decision. *See* Exhibit 4. I conducted a separate records search for "Orly Taitz" and "Defend Our Freedoms Foundation" in the OI database, which returned no responsive records.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2013 in Alexandria, Virginia.

*Paulette E. Poulsen*
Paulette E. Poulsen
FOIA Analyst

LAW OFFICES OF ORLY TAITZ
29839 SANTA MARGARITA, STE 100
RANCHO SANTA MARGARITA, CA 92688
PH.949-683-5411 FAX 949-766-7603
ORLY.TAITZ@GMAIL.COM

05.30.2013

OFFICE OF INSPECTOR GENERAL
US POSTAL SERVICE
1735 N LYNN ST STE 10000
ARLINGTON VA 22209
Fax: 703-248-4626
e-mail: foia@uspsoig.gov

## REQUEST FOR INFORMATION UNDER FREEDOM OF INFORMATION ACT 5 U.S.552

Attn Chief FOIA Officer
Office of the Inspector General
For USPS

Dear sir/mdm,

On June 20, 2012 I have submitted two complaints:

1. Complaint addressed to the Postmaster General

2. Complaint addressed to the Inspector General of the USPS

I provided an undeniable evidence that Barack Hussein Obama used a flagrantly fabricated USPS stamp in his alleged Selective Service Registration. The forgery is flagrant, as USPS uses a 4 digit postal stamp, while Obama's alleged SSS registration contained a 2 digit stamp and bears other signs of forgery. Please, see attached a copy of the sworn affidavit of Jeffrey Stephan Coffman, Chief Investigator of the Special Investigations unit of the US Coast Guard (ret).

I am requesting any and all documents generated by the Inspector General of the USPS and the Postmaster of USPS in response to my complaint. I am requesting expedited handling of the

Exhibit 1

complaint, as this is the most egregious forgery in the history of the United States, use of a forged Identification document by an individual occupying the position of the President of the United States and Commander in Chief. Additionally I am attaching 155 pages of exhibits showing Mr. Obama using other forged and fraudulently obtained IDs, such as a Social Security number, which was never assigned to him, forged birth certificate and so on.

If I do not receive a response to this FOIA request within 20 days I will consider a legal action to obtain requested documents.

Sincerely,

/s/ Dr. Orly Taitz ESQ

President Defend Our Freedoms Foundation

SS Congressman Darrel Issa, Chair of the House Oversight Committee

SS John Goodlatte Chair of the House Judiciary Committee



OFFICE OF THE INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE

June 26, 2013

Dr. Orly Taitz, Esq.
29839 Santa Margarita, STE 100
Rancho Santa Margarita, CA 92688

RE: FOIA Case No. 2013-IGFP-00406

Dear Dr. Taitz:

This responds to your May 30 Freedom of Information Act (FOIA) request to the U.S. Postal Service Office of Inspector General (OIG) for records concerning the evidence you provided this agency regarding the alleged use of a fabricated U.S. Postal Service stamp by the President of the United States of America.

A search of the OIG Office of Investigations and Hotline databases located two pages of documents responsive to your request. I determined one page is appropriate for release without excision; copy enclosed. Also enclosed is the remaining page that is appropriate for release with excisions made pursuant to FOIA Exemption (7)(C), 5 U.S.C. § 552(b)(7)(C), which permits the withholding of records or information compiled for law enforcement purposes, the release of which could constitute an unwarranted invasion of the personal privacy of third parties. This information is not appropriate for discretionary release.

Because we referred your complaint to the U.S. Postal Inspection Service, you may wish to contact that agency. You can contact them via e-mail at FOIA@uspis.gov; via telephone at 202-268-7004, or by correspondence to:

    U.S. Postal Inspection Service
    475 L'Enfant Plaza SW, Room 3521
    Washington, DC 20260

If you are not satisfied with my action, you may administratively appeal it by writing to the attention of Gladis Griffith, Deputy General Counsel, Office of Inspector General, 1735 North Lynn Street, Arlington, VA 22209-2020, within 30 days of the date of this letter. We accept written appeals via U.S. Mail; e-mail to FOIA@uspsoig.gov; or fax to 703-248-4626. Include the initial request number (e.g. 2013-IGFP-00406) and the date of this letter. Explain what specific action the FOIA Office took that you are appealing. Mark all correspondence "Freedom of Information Act Appeal."

Sincerely,

P. E. Poulsen
FOIA Analyst

Enclosures

Exhibit 2

 

Untied States Postal Service
Office of Inspector General
1735 North Lynn Street
Arlington, VA 22209

# HOTLINE INFORMATION REPORT

| | |
|---|---|
| **DATE:** 6/29/2012 | **SUBJECT:** Referral to Mail Fraud |
| **PREPARED BY:** Analyst 8 | **LOCATION:** Rancho Santa Margarita, CA 92688 |
| **APPROVED BY:** | **REFERRAL:** USPIS – Mail Fraud Division |
| **CASE NUMBER:** 120629HER040 | **RELATED CASES:** 120306HER047 |

The Office of Inspector General Hotline received the attached correspondence.

We have reviewed the information provided and have determined that your office can best address the issues raised. Therefore, we are forwarding the correspondence for whatever action you deem appropriate. Please advise us of the action taken and results within 30 days. Please send responses to (b)(7)(C)

If we can be of further assistance, please contact (b)(7)(C)

Hotline records are protected under the Privacy Act 5 U.S.C. § 552a. All USPS employees handling protected information have a legal and ethical obligation to hold that information in confidence and to actively protect it from improper uses. Except as specifically authorized, USPS employees shall not disclose, directly or indirectly the contents of any record about another individual to any person or organization. USPS employees who willfully release protected information, without authority, may be guilty of a misdemeanor and fined up to $5,000. In addition, any employee violating the Privacy Act or USPS regulations is subject to disciplinary action, which may result in dismissal.

Barbara Jackson
Hotline Program Manager
1735 N. Lynn Street
Arlington, VA 22209
(b)(7)(C)

Please note that the Related Hotline Case mentioned above, was referred to Mail Fraud on 3/5/2012.

Enclosures



United States Postal Service
Office of Inspector General
1735 N. Lynn Street
Arlington, VA 22209

# HOTLINE INFORMATION REPORT

DATE: 6/29/2012                              SUBJECT: Note for File

PREPARED BY: Analyst 8                       LOCATION: Rancho Santa Margarita, CA 92688

APPROVED BY:                                 REFERRAL: USPIS – Mail Fraud Division

PARIS NUMBER: 120629HER040                   RELATED CASES: NONE

## COMPLAINT:

Hotline received a complaint from Ms. Orly Taitz on Tuesday, June 26, 2012. The complaint contained both a letter and a DVD. Due to copyright limitations, Hotline (with the help of CIO) was unable to upload the DVD to the Hotline database (PARIS). Our only option was to burn a copy of the original DVD and mail the copy along with the letter to USPIS – Mail Fraud.

RECOMMENDATION: This case should be referred to USPIS – Mail Fraud Division for action.

**Lederman, Dalila**

| | |
|---|---|
| From: | FOIA |
| Sent: | Friday, July 05, 2013 7:10 AM |
| To: | Lederman, Dalila |
| Subject: | FW: Freedom of Information Act appeal. additional documents are sent in a separate file due to the size of the file |
| Attachments: | Table of evidence 06.09.2013 fof forgery and fraud 1.docx |

From: Orly Taitz [mailto:orly.taitz@gmail.com]
Sent: Thursday, July 04, 2013 8:05 AM
To: FOIA
Cc: Orly Taitz
Subject: Freedom of Information Act appeal. additional documents are sent in a separate file due to the size of the file

### DR. ORLY TAITZ ESQ

### 29839 SANTA MARGARITA STE 100

### RANCHO SANTA MARGARITA, CA 92688

### PH. 949-683-5411 FAX 949-766-7603

### ORLY.TAITZ@GMAIL.COM

07.04.2013

Freedom of Information Act Appeal

FOIA case # 2013-IGFP-00406

PARIS number 120629HER040

Related case number 120306HER047

via e-mail to FOIA@uspsoig.gov

Attention Gladis Griffith

Deputy general Counsel

1

Exhibit 3

Office of the Inspector General

1736 North Lynn str.

Arlingon VA 22209-2020

Dear Ms. Griffith,

On 07.03.2013 I received your 6.29.2013 response to my FOIA request for information Case 2013-IGFP-00406/ related case 120306HER047. This response is a non-response and is being appealed herein.

My FOIA request for information is in regards to my criminal complaint filed with the Postmaster General and Inspector General for the USPS. You acknowledged the receipt of the complaint and the attached DVD. The complaint contained the evidence of Barack Hussein Obama using a fabricated cancellation USPS stamp on his fabricated Selective Service registration. The complaint contained the following exhibits:

1. Sworn affidavit of Jeffrey Stefan Coffman, Chief investigator of the Special Investigations Unit of the U.S. coast guard attesting to the fact that Barack Obama's alleged Selective Service registration is a forgery and it contains a fabricated US cancellation postal stamp.

2. A report of my 2009 meeting with the director of the Selective Service, William Chatfield and my report to him in regards to forgery in Obama's alleged Selective Service registration and his use of a fabricated cancellation US postal stamp.

3. An article documenting a press conference by Sheriff Joseph Arpaio of Maricopa County Arizona, attesting to the same facts.

4. DVD of the press conference by Sheriff Joseph Arpaio demonstrating how forger created this fabricated postal stamp used by Obama in his selective service registration.

Your response states that the Inspector General forwarded this complaint to the USPIS-Mail Fraud Division demanding action and report within 30 days. The referral was on 06.29.2012, over year ago. There is no further information.

In my appeal I demand further information:

1. The name of the official at USPIS Mail fraud Division who handled this referral from the Inspector General.

2. Response from this official from the Mail fraud division in regards to my criminal complaint.

2

3. Any and all documentation by the Inspector General David Williams and Postmaster General Patrick Donahoe in response to this evidence of forgery/ fabrication of documents and USPS stamp by Barack Obama, an individual occupying the position of the US President.

4. A criminal complaint filed by the Inspector General David Williams and Postmaster General Patrick Donahoe against Barack Obama and any and all of his accomplices in relation to his use of a fabricated Selective Service certificate bearing a fabricated USPS cancellation stamp.

5. If the criminal complaint against Obama was not filed yet, I request documentation showing when such complaint will be filed and documentation explaining why criminal complaint was not filed yet in light of the evidence of fraud and forgery by an individual occupying the position of the U.S. President and Commander in Chief of the whole U.S. military.

6. I am forwarding to you additional information, a 154 page file showing that Barack Hussein Obama is a citizen of Indonesia, who used a stolen/fraudulently obtained Social Security number and all forged IDs in order to assert his U.S. citizenship and legitimacy to the U.S. Presidency. Any and all inaction in prosecuting this matter might constitute criminal complicity and treason in allowing a foreign national to usurp the position of the US President by virtue of fraud and use of stolen IDs.

In light of paramount importance of the matter to the US National Security I am requesting an expedient priority handling of this complaint ahead of other complaints received by your office. While I fully understand that all complaints are important, this one should take precedence over the complaints dealing of lost or misplaced mail from grandma. U.S. National security is at stake and should be treated with due diligence and expediency.

Sincerely

/s/ Dr. Orly Taitz ESQ

cc Congressman Issa, chair of the Oversight Committee U.S. House of Representatives

cc Congressman Bob Goodlatte, chair of the Judiciary Committee U.S. House of Representatives

--
Dr Orly TaitzESQ
29839 Santa Margarita pkwy, ste 100
Rancho Santa Margarita, CA 92688
ph 949-683-5411  fax949-766-7603
orlytaitzesq.com



OFFICE OF THE INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE

August 2, 2013

Dr. Orly Taitz, Esq.
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, California 92688-3616

RE: FOIA Appeal No. 2013-IGAP-00026
    FOIA Case No. 2013-IGFP-00406

Dear Dr. Taitz:

This responds to your July 4, 2013, e-mail appealing the response of the Office of Inspector General (OIG) Freedom of Information Act (FOIA) analyst regarding your FOIA request for records pertaining to your allegation that postal regulations were violated to provide proof of the legitimacy of the presidency of Barack Obama. I affirm the FOIA analyst's response to your initial request.

By letter of the June 26, 2013, the OIG FOIA analyst informed you that our search of the Office of Investigations and Hotline databases located two pages responsive to your request, which were provided to you with excisions made pursuant to FOIA Exemption (7)(C), which permits the withholding of records or information compiled for law enforcement purposes, the release of which could constitute an unwarranted invasion of the personal privacy of third parties. 5 U.S.C. 552(b)(7)(C).

I affirm the use of Exemption 7(C) to withhold certain information compiled for law enforcement purposes, but which requires agencies to consider certain factors when considering release. One such factor is the privacy interest of the person involved. 5 U.S.C. § 552(b)(7)(C). Baez v. FBI, 443 F. Supp. 2d 717, 724 (E.D.Pa. 2006). FOIA's core purpose is to assist the public in learning how the agency performs its responsibilities. If the privacy interest in withholding the information outweighs the public interest in disclosing it, the information is protected. Lacking a third party individual's consent or an overriding public interest, releasing information pertaining to third party individuals could reasonably be expected to constitute an unwarranted invasion of personal privacy. O'Keefe v. DOD, 463 F.Supp. 2d 317, 326 (D.D.C. 2006) (FOIA requires balancing the individual's privacy interest against the public's interest in disclosure of information compiled by the government); Ripskis v. HUD, 746 F. 2d 1, 4 (D.C. Cir. 1984)(court holding agency properly withheld material considering substantial privacy interest at stake and the uncertainty of the public interest in disclosure).

Exhibit 4

2

In your appeal letter, you request additional information stemming from the Inspection Service's handling of the Office of Inspector General's referral to the Inspection Service of your initial complaint. As of the date of our last letter to you, the Office of Inspector General had not received a reply to our referral to the Inspection Service. I have since been informed the Inspection Service does not regard allegations such as yours to be mail fraud, and consequently such allegations are not something they would investigate. You may want to make a FOIA request to the Inspection Service to obtain records pertaining to how such allegations are handled. The Inspection Service can be reached at:

U.S. Postal Inspection Service
475 L'Enfant Plaza, S.W.
Washington, D.C. 20260
202-268-7004
FOIA@uspis.gov

Inasmuch as my decision does not constitute a grant of access to requested information, FOIA requires that I inform you of your right to judicial review. Such review is available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, the district in which the records are located, or in the District of Columbia.

As part of the 2007 FOIA amendments, the Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows:

Office of Government Information Services (OGIS)
National Archives and Records Administration
Room 2510
8601 Adelphi Road
College Park, Maryland 20740-6001
E-mail: ogis@nara.gov
Fax: 301-837-0348
Toll-free: 1-877-684-6448

Sincerely,

For Gladis C. Griffith
Freedom of Information Act Appeals Officer

cc: FOIA Analyst