## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

_____
Dr. ORLY TAITZ, Esq.                          )
                                              )
        Plaintiff,                            )
                                              )
            v.                                )        Civil No. 13-1020  (RCL)
                                              )
PATRICK DONAHOE,                              )
Postmaster General, *et al.*,                 )
                                              )
        Defendants.                           )
_____)

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Summary Judgment and any oppositions, replies, and other filings relate thereto, it is hereby ordered that:

Defendants' Motion for Summary Judgment is GRANTED.

This case is DISMISSED WITH PREJUDICE.

It is SO ORDERED.


Dated:                                        _____
                                              United States District Judge