Dr. Orly Taitz, ESQ

In her capacity as the President of

Defend Our Freedoms Foundation

29839 Santa Margarita Parkway, STE 100

Rancho Santa Margarita CA 92688

Tel: (949) 683-5411; Fax (949) 766-7603

E-Mail: dr_taitz@yahoo.com, orly.taitz@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, ESQ, PRO SE § | |
| Plaintiff, § | |
| § | 13-cv-1020 RCL |
| v. § | |
| § | |
| Patrick Donahoe, Postmaster General, § | |
| David C. Williams, Inspector General § | |
| for the United States Postal Service § | |
| Respondent § | |

RECEIVED Mail Room  DEC 11 2013  Angela D. Caesar, Clerk of Court  U.S. District Court, District of Columbia

## MOTION TO RECUSE UNDER 28 USC 455

Plaintiff herein, Dr. Orly Taitz, ESQ respectfully requests honorable Royce Lamberth to recuse himself as a presiding judge in the case at hand and transfer the case to another judge.

28 USC 455 and precedent of Marshall v Jarrico 446 U.S. 238, 242, 100 S. Ct. 161, 642 Ed 2d 182 (1980) will provide for such recusal.

The case at hand deals with the refusal by the Postmaster General and Inspector General for the USPS to provide records under FOIA 5 US 552 Freedom of Information act. The records that are requested relate to a flagrantly forged Selective Service registration of Barack Obama and a flagrantly forged USPS cancellation stamp affixed to it. Fabricated stamp is so laughable that it looks like it was concocted by a mentally challenged five year old or a forger who is legally blind. Sworn affidavit of a former Chief Investigator of the US Coast Guard confirms that the document is altered.

At issue is the fact that this court showed bias in prior relating cases and the plaintiff is fairly sure that this court will show the same bias in the case at hand.

In the prior case of *Taitz v Astrue* 11-cv-402 plaintiff provided the court with undeniable legal, competent evidence of Obama using a stolen Social Security number of a resident of Connecticut born in 1890.

In spite of the fact that the plaintiff provided the court with all the evidence that Obama and the Social Security Administration defrauded the court and the nation and improperly withheld the SS-5 application which it was obligated to release, this court chose to ignore all the evidence and to cover it all up. By doing so this court showed bias against the plaintiff and against every US citizen for this matter and in favor of Barack Obama who stole the franchise of the US President with stolen and fabricated IDs.

It is clear that this court will continue showing the same bias in the case at hand and will cover up all evidence of Obama defrauding the nation and of the top governmental officials committing treason and being criminally complicit in the cover up and as such the plaintiff respectfully asks this court to recuse itself and transfer the case to another judge.

Moreover, in this case the defense did not furnish an answer or responsive pleadings for four months, while the defense was served by certified mail and admitted receiving the complaint and summons at DOJ by certified mail. The clerk in charge of all of the receipts of complaints received by certified mail has signed and Plaintiff provided his signed receipt and similar receipts for other cases, which were signed by the same clerk, Eddy Hase. In his sworn declaration Assistant U.S. Attorney Daniel VanHorn admitted to being contacted by this court in regards to lack of an answer to complaint. Such contact by the court represents an impermissible ex-parte communication by the court with the party and it by itself requires Judge Lamberth to recuse himself from the case and transfer the case to another judge, who did not engage in impermissible ex-parte communications with the defense in order to assist the defense and in order not to issue a default judgment for the plaintiff that this court was obligated to issue.

Further, Plaintiff demanded an administrative hearing with the clerk of the DOJ Eddy Hase in order to ascertain whether someone at DOJ told this clerk to "misplace" or destroy the complaint, which was received in July of 2013. The court ignored all evidence of the complaint disappearing at the DOJ, as well as all the evidence in prior cases.  This comes on the heels of James Rosen case, where this court allowed spying on FOX reporter James Rosen and even his parents based on a perjured affidavit and kept this subpoena improperly sealed for over a year. Thus, there is a pattern of this court being biased in favor of Obama and his regime, in spite of any and all crimes committed by Obama and his regime against American

citizens, and this court shows bias against dissidents and whistleblowers, who blew the whistle on Obama and his regime.

Further on, such transfer of the case is in the best interest of the public at large and the time is of the essence. U.S. citizens deserve better than a thief, who is usurping the U.S. Presidency with a stolen Social Security number and fabricated IDs. National Security and the interests of the U.S. military require release of the records in question and require an end to the cover up. As such, recusal by this court is justified, essential and in the public interest.

Respectfully,

Dr. Orly Taitz, ESQ

12.02.2013

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

**Dr. ORLY TAITZ, ESQ, PRO SE**                              §13-cv-1020 RCL

         **Plaintiff,  v**                     §

**Patrick Donahoe, David Williams**                  § Honorable Royce

**Lamberth**

         **Respondent**

Certificate of service

   I, Lila Dubert, am not a party to the above captioned case, I am over 18 years old and I attest that I served the defendant with attached pleadings by mailing them via first class mail on 12.02.2013 the pleadings attached herein by first class mail to the address of the attorney for the defendant:

US Attorneys' office

555 Fourth str. NW

Washington DC 20530

_Lila Dubert_