UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. ORLY TAITZ, Esq., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICK DONAHOE, )<br>Postmaster General, *et al.*, )<br>)<br>Defendant. )<br>) | Civil Action No. 13-1020 (RCL) |

## ORDER

For the reasons set forth in the accompanying Memorandum, plaintiff's motion to recuse is DENIED.

Defendant's motion for summary judgment is GRANTED, and plaintiff's motion for summary judgment is DENIED.

This case now stands DISMISSED WITH PREJUDICE.

It is **SO ORDERED** this 4th day of September 2014.

Date: 9/4/14         Signature: *Royce C. Lamberth*

The Honorable Royce C. Lamberth
U.S. District Court Judge